IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MACHELLE DAVENPORT and CHRISTOPHER DAVENPORT, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:11-cv-00657 Judge Nixon |
| v. | ) ) | Magistrate Judge Bryant |
| WENDELL R. PICKREN, SOUTHERN A.G. CARRIERS, and GENERAL MOTORS, LLC, | ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' Stipulation of Voluntary Dismissal Without Prejudice, stipulating to the dismissal of all claims against Defendant General Motors, LLC. (Doc. No. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant General Motors, LLC is therefore **DISMISSED** from this action.

It is so ORDERED.

Entered this the 22nd day of February, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT